Jeffrey I. Hasson
Attorney at Law
Davenport & Hasson, LLP
12707 NE. Halsey Street
Portland, OR 97230
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Washington State Bar No. 23741
Attorney for Defendant Progressive Financial Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| TERRI COONES, | Case No.: CV-09-275-LRS |
|---|---|
| Plaintiff, | ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT PROGRESSIVE FINANCIAL SERVICES, INC. |
| vs. | |
| PROGRESSIVE FINANCIAL SERVICES, INC., | |
| Defendant. | |

COMES NOW Progressive Financial Services, Inc. (PFS), without waiving any objections, rights, and defenses relating to jurisdiction and process, hereby answers Plaintiff's complaint as follows:

I.  ANSWER

1.1.  PFS admits this is an action for damages and remedies against

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT PROGRESSIVE FINANCIAL SERVICES, INC. - 1
Case No. CV-09-275-LRS
m:\6410\0006\p-answer.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  defendant pursuant to the named statutes, and denies liability, and denies the

2  remaining allegations contained in Paragraph 1 of Plaintiff's Complaint.

3      1.2.   PFS admits this Court has jurisdiction over claims under the Fair Debt

4  Collection Practices Act, 15 USC § 1692 et seq. (FDCPA), but denies liability under

5  the same, and, by that reason there is no subject matter jurisdiction, and therefore

6  denies the remaining allegations contained in Paragraph 2 of Plaintiff's Complaint.

7      1.3.   PFS admits plaintiff resides within the jurisdiction of this Court, and

8  that venue is proper in this District, and denies the remaining allegations contained in

9  Paragraph 3 of Plaintiff's Complaint.

10      1.4.   PFS admits Plaintiff is a debtor as defined by RCW § 19.16.100(11),

11  and denies the remaining allegations contained in Paragraph 4 of Plaintiff's

12  Complaint.

13      1.5.   PFS admits PFS was a company engaged, by use of the mails and

14  telephone, in the business of attempting to collect a debt, but lacks sufficient

15  information to determine the truth or falsity of the remaining allegations in Paragraph

16  5 of Plaintiff's Complaint, and therefore denies the same.

17      1.6.   PFS admits the allegations contained in Paragraph 6 of Plaintiff's

18  Complaint.

19      1.7.   PFS admits contacting Plaintiff, and denies the remaining allegations

20  contained in Paragraph 7 of Plaintiff's Complaint.

21      1.8.   PFS denies allegations contained in Paragraph 8 of Plaintiff's

22  Complaint.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT PROGRESSIVE FINANCIAL SERVICES, INC. - 2
Case No. CV-09-275-LRS
m:\6410\0006\p-answer.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1.9.   PFS denies allegations contained in Paragraph 9 of Plaintiff's Complaint.

1.10.   PFS admits and denies the allegations made in Paragraph 10 of Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.9 above.

1.11.   PFS admits and denies the allegations made in Paragraph 11 of Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.10 above.

1.12.   PFS admits and denies the allegations made in Paragraph 12 of Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.11 above.

1.13.   Except as so admitted, PFS denies each and every allegation in Plaintiff's Complaint.

## II. AFFIRMATIVE DEFENSES

Having answered Plaintiff's complaint, PFS alleges the following affirmative defenses.

2.1.   **Failure to State Claims**.

2.2.   **Failure to Join Real Party in Interest**.

2.3.   **Lack of Subject Matter Jurisdiction**.

2.4.   **Lack of Pendant Jurisdiction**.

2.5.   **Bonafide Error.**

## III. PRAYER

Wherefore having fully answered Plaintiff's complaint, having interposed affirmative defenses, PFS pray for the following relief:

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT PROGRESSIVE FINANCIAL SERVICES, INC. - 3
Case No. CV-09-275-LRS
m:\6410\0006\p-answer.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

3.1. Dismissal of the Action with prejudice, and with costs and attorney fees to PFS.

3.2. For such other and further relief as may be provided by law.

Dated   October 1, 2009.

                DAVENPORT & HASSON, LLP

                s/ Jeffrey I. Hasson
                WSBA No. 23741
                Davenport & Hasson, LLP
                12707 NE Halsey St.
                Portland, OR 97230
                Telephone:  (503) 255-5352
                Fax:  (503) 255-6124
                E-Mail:  hasson@dhlaw.biz

                ***Attorney for PFS***

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT PROGRESSIVE FINANCIAL SERVICES, INC. - 4
Case No. CV-09-275-LRS
m:\6410\0006\p-answer.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124