Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **TERRI COONES,** | ) **Case No. 2:09-cv-00275-LRS** |
| | ) |
| Plaintiff, | ) **PLAINTIFF'S NOTICE OF FILING** |
| | ) **"ENGAGEMENT" LETTER FOR IN** |
| vs. | ) **CAMERA REVIEW** |
| | ) |
| **PROGRESSIVE FINANCIAL** | ) |
| **SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that, Plaintiff Terri Coones has sent via facsimile a copy of her "engagement letter" with Weisberg and Meyers, LLC to the Honorable Lonny R. Suko at (509) 573-6651 for an in camera review.

Respectfully submitted this 17th day of December, 2009.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC
Attorney for Plaintiff

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Filed electronically on this 17th day of December, 2009, with:

United States District Court CM/ECF system

Mr. Jeffery I. Hasson, Esq.
Davenport & Hasson, LLP
12707 NE. Halsey Street
Portland OR 97230

17th day of December, 2009.

s/Kimberly Larson
Kimberly Larson

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com