AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TERRI COONES,

                Plaintiff,

v.

PROGRESSIVE FINANCIAL SERVICE, INC.,

                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-0275-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order entered on March 10, 2010 (Ct. Rec. 48), judgment is entered in favor of Plaintiff and against Defendant in the amount of $1,001.00 (consistent with the Defendant's Offer of Judgment) and in the amount of $1,050.00 for attorney fees and $415.00 in costs.

| | |
|---|---|
| March 10, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |